IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSICA PEREZ, INDIVIDUALLY AND AS NEXT FRIEND OF KH AND MH, MINOR CHILDREN;<br><br>*Plaintiff,*<br><br>vs.<br><br>ALVIN BOECKEN, JIM BALLARD,<br><br>*Defendants.* | §§§§§§§§§§§§§ | SA-19-CV-00375-XR |

## ORDER

Before the Court in the above-styled cause of action is Defendants' Opposed Motion to Modify Subpoena Duces Tecum Issued to Christine Dickison, Andy Sievers, and Warrant Neely, M.D. and for Protective Order [#41], which was referred to the undersigned for disposition and is set for a telephonic hearing on May 8, 2020 at 3:00 p.m.  On May 6, 2020, Defendants filed an Advisory [#47], informing the Court that Plaintiff has withdrawn the deposition notices and accompanying subpoenas deuces tecum at issue in Defendants' motion.  Defendants therefore have withdrawn their motion and ask the Court to cancel the hearing.

**IT IS THEREFORE ORDERED** that the hearing scheduled for May 8, 2020 at 3:00 p.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that Defendants' Opposed Motion to Modify Subpoena Duces Tecum Issued to Christine Dickison, Andy Sievers, and Warrant Neely, M.D. and for

Protective Order [#41] is **DISMISSED AS MOOT**.

SIGNED this 7th day of May, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE