IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSICA PEREZ, INDIVIDUALLY AND AS NEXT FRIEND OF KEEGAN HILLSMAN AND MORGAN HILLSMAN, MINOR CHILDREN<br><br>v.<br><br>ALVIN BOECKEN AND JIM BALLARD D/B/A CAB TRANSPORT | CIVIL ACTION NO. 5:19-CV-00375 |

### ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO LIMIT THE TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERT WITNESS KERRY V. NELSON

On _____, 2020, the parties appeared before the Court by their respective attorneys regarding Defendants' Opposed Motion to Limit the Testimony of Plaintiff's Designated Expert Witness Kerry V. Nelson.  The Court having considered the arguments of counsel and reviewed the pleadings on file, the Motion, and Response is of the opinion that Defendants' Motion should be **GRANTED.**

It is therefore ORDERED, ADJUDGED and DECREED the request to limit the testimony of Kerry V. Nelson is hereby GRANTED in its entirety.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE